# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

|  |  |
|---|---|
| SELWYN TALLEY,<br><br>             Plaintiff(s),<br><br>v.<br><br>CITY OF NORTH LAS VEGAS, et al.,<br><br><br>             Defendant(s). | 2:22-cv-01115-ART-BNW<br><br>**ORDER** |

Before the Court is plaintiff's request for order to continue early neutral evaluation session (ECF NO. 35).

Accordingly, IT IS HEREBY ORDERED that an in-person hearing on plaintiff's request for order to continue early neutral evaluation session (ECF NO. 35), is scheduled for 11:00 AM, January 12, 2023, in Courtroom 3D, third floor of the Lloyd D. George Federal Courthouse, 333 Las Vegas Blvd. South, Las Vegas, NV 89101.

Plaintiff Selwyn LaMar Talley must attend the scheduled hearing at 11:00 AM, January 12, 2023.

DATED this 4th day of January 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE

1