**Marquis Aurbach**
Craig R. Anderson, Esq.
Nevada Bar No. 6882
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
canderson@maclaw.com
jnichols@maclaw.com
    Attorneys for Defendants City of North Las Vegas,
    Kathryne Gaspardi, and Marisa Rodriguez

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SELWYN TALLEY, | Case Number: |
| | 2:22-cv-01115-ART-BNW |
| Plaintiff, | |
| vs. | **DEFENDANTS' MOTION FOR** |
| | **EXTENSION OF TIME** |
| CITY OF NORTH LAS VEGAS, a Municipal Corporation and political Subdivision of the State of Nevada; NORTH LAS VEGAS POLICE DEPARTMENT, PAMELA OJEDA in her Official and/or individual capacities; CAROYLN WHITE in her Official and/or individual capacities; KATHRYNE GASPARDI in her official and/or individual capacities; MARISA RODRIGUEZ in her Official and/or Individual capacities; DOES I-X, | |
| Defendants. | |

Defendants City of North Las Vegas, Kathryne Gaspardi, and Marisa Rodriguez (hereinafter "Defendants"), by and through their attorneys of record, the law firm of Marquis Aurbach, hereby submit their Motion for Extension of Time pursuant to the Minutes of Proceedings [ECF No. 38].

Counsel for Defendants reached out to Plaintiff to determine whether this matter should continue to the Early Neutral Evaluation consistent with the Court's order of January 12, 2023. However, counsel for Defendants has not yet received a response. To ensure the Parties have sufficient time to meet and confer and advise the Court regarding whether the

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:10464-039 4963263_1 1/19/2023 3:54 PM

Early Neutral Evaluation should move forward, Defendants request a week extension in providing the Court with a joint statement.

Dated this <u>19th</u> day of January, 2023.

MARQUIS AURBACH

By: /s/ Jackie V. Nichols
    Craig R. Anderson, Esq.
    Nevada Bar No. 6882
    Jackie V. Nichols, Esq.
    Nevada Bar No. 14246
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorneys for Defendants City of North Las Vegas, Kathryne Gaspardi, and Marisa Rodriguez

IT IS HEREBY ORDERED that the joint statement regarding ENE must be filed on or before January 26, 2023.

IT IS SO ORDERED.

_____
Cam Ferenbach
United States Magistrate Judge

DATED ___1-20-2023_____

MAC:10464-039 4963263_1 1/19/2023 3:54 PM

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **DEFENDANTS' MOTION FOR EXTENSION OF TIME** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 19th day of January, 2023.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☐ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

N/A

/s/ Krista Busch
An employee of Marquis Aurbach

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:10464-039 4963263_1 1/19/2023 3:54 PM