# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| SELWYN TALLEY,<br><br>          Plaintiff(s),<br><br>v.<br><br>CITY OF NORTH LAS VEGAS, a Municipal Corporation and political Subdivision of the State of Nevada; NORTH LAS VEGAS POLICE DEPARTMENT, PAMELA OJEDA in her Official and/or individual capacities; CAROYLN WHITE in her Official and/or individual capacities; KATHRYNE GASPARDI in her official and/or individual capacities; MARISA RODRIGUEZ in her Official and/or Individual capacities; DOES I-X,<br><br>          Defendant(s). | 2:22-cv-01115-ART-BNW<br><br>**ORDER** |

    Before the court is *Selwyn Talley v. City of North Las Vegas, et al.*, case number 2:22-cv-01115-ART-BNW.  The parties were ordered to submit a joint statement by January 26, 2023 regarding whether to continue the Early Neutral Evaluation session.  (ECF NO. 40).  No joint statement was submitted and the time to submit has passed.

    The court has scheduled an ENE in this case several times and each time the parties move to continue the ENE session.  Since no joint statement on the ENE was submitted, the court will construe that the parties do no want to conduct an ENE in this matter.

    Accordingly,

    IT IS HEREBY ORDERED that this case is removed from the Early Neutral Evaluation program.

    DATED this 6th day of February 2023.

                                                                       _____
                                                                       CAM FERENBACH
                                                                       UNITED STATES MAGISTRATE JUDGE